B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT **DELAWARE** | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **F & H Acquisition Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **20-4272666** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **1551 N. Waterfront Parkway, Suite 310 Wichita, Kansas**           ZIP CODE **67206** | Street Address of Joint Debtor (No. and Street, City, and State):           ZIP CODE |
| County of Residence or of the Principal Place of Business: **SEDGWICK** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):           ZIP CODE | Mailing Address of Joint Debtor (if different from street address):           ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):           ZIP CODE | |

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.* ☒ Corporation (includes LLC and LLP) ☐ Partnership ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B) ☐ Railroad ☐ Stockbroker ☐ Commodity Broker ☐ Clearing Bank ☒ Other **Restaurant Business** | ☐ Chapter 7      ☐ Chapter 15 Petition for ☐ Chapter 9             Recognition of a Foreign ☒ Chapter 11           Main Proceeding ☐ Chapter 12     ☐ Chapter 15 Petition for ☐ Chapter 13           Recognition of a Foreign                          Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity (Check box, if applicable.) | Nature of Debts (Check one box.) |
|---|---|---|
| Country of debtor's center of main interests: Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." ☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached. ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box: ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). Check if: ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*). ------------------------------------------------- Check all applicable boxes: ☐ A plan is being filed with this petition. ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors. ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☒ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☒ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☒ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13)

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **F & H Acquisition Corp.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor:   **SEE ATTACHED** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

---

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐   Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
   Signature of Attorney for Debtor(s)     (Date)

---

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No.

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):  **F & H Acquisition Corp.** |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney*
**Robert S. Brady**
Printed Name of Attorney for Debtor(s)
**Young Conaway Stargatt & Taylor, LLP**
Firm Name

**Rodney Square, 1000 North King Street**
**Wilmington, Delaware 19801**
Address
**(302) 571-6600**
Telephone Number

12.15.2013
Date

Bar No.: 2847
Fax: (302) 571-1253
E-mail: rbrady@ycst.com

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**James Zielke**
Printed Name of Authorized Individual
**CFO and President**
Title of Authorized Individual

12.15.2013
Date

## ATTACHMENT 1 TO VOLUNTARY PETITION

### Pending Bankruptcy Cases Filed by Affiliated Entities

On the date hereof, each of the related entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), will file or have filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532.

Contemporaneously with the filing of their voluntary petitions, the Debtors are filing a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only.

**The Debtors are the following entities (along with their federal tax identification numbers):**

| | |
|---|---|
| F & H ACQUISITION CORP. | Tax I.D. No. 20-4272666 |
| 505 ENTERTAINMENT, LTD. | Tax I.D. No. 75-2514594 |
| ALABAMA FOX & HOUND, INC. | Tax I.D. No. 72-1395894 |
| BRYANT BEVERAGE CORPORATION | Tax I.D. No. 75-2910639 |
| CHAMPPS ENTERTAINMENT, INC. | Tax I.D. No. 04-3370491 |
| CHAMPPS ENTERTAINMENT OF TEXAS, INC. | Tax I.D. No. 75-2547242 |
| CHAMPPS OF MARYLAND, INC. | Tax I.D. No. 52-2341010 |
| CHAMPPS OPERATING CORPORATION | Tax I.D. No. 41-1625130 |
| DOWNTOWN BEVERAGE CORP. | Tax I.D. No. 75-2693943 |
| F & H OF IOWA, INC. | Tax I.D. No. 47-1472434 |
| F & H OF KENNESAW, INC. | Tax I.D. No. 74-2995997 |
| F & H RESTAURANT CORP. | Tax I.D. No. 51-0378349 |
| F & H RESTAURANT OF GEORGIA, INC. | Tax I.D. No. 58-239220 |
| F & H RESTAURANT OF TEXAS, INC. | Tax I.D. No. 75-2929871 |
| FOX & HOUND OF ARIZONA, INC. | Tax I.D. No. 74-2983585 |
| FOX & HOUND OF COLORADO, INC. | Tax I.D. No. 84-1437166 |
| FOX & HOUND OF ILLINOIS, INC. | Tax I.D. No. 36-4183003 |
| FOX & HOUND OF INDIANA, INC. | Tax I.D. No. 35-2025676 |

2297854-2

| | |
|---|---|
| FOX & HOUND OF KANSAS, INC. | Tax I.D. No. 48-1197699 |
| FOX & HOUND OF KENTUCKY, INC. | Tax I.D. No. 33-1100777 |
| FOX & HOUND OF LITTLETON, INC. | Tax I.D. No. 74-3032894 |
| FOX & HOUND OF LOUISIANA, INC. | Tax I.D. No. 72-1420477 |
| FOX & HOUND OF MARYLAND, INC. | Tax I.D. No. 68-0557608 |
| FOX & HOUND OF NEBRASKA, INC., | Tax I.D. No. 47-0805786 |
| FOX & HOUND OF NEW JERSEY, INC. | Tax I.D. No. 72-1570951 |
| FOX & HOUND OF NEW MEXICO, INC. | Tax I.D. No. 68-0525620 |
| FOX & HOUND OF OHIO, INC. | Tax I.D. No. 35-1573963 |
| FOX & HOUND OF OKLAHOMA, INC. | Tax I.D. No. 72-1542928 |
| FOX & HOUND OF TEXAS, INC. | Tax I.D. No. 51-0380979 |
| FOX & HOUND RESTAURANT GROUP | Tax I.D. No. 52-2016614 |
| FOX & HOUND, INC. | Tax I.D. No. 75-2509035 |
| FOX & HOUND II, INC. | Tax I.D. No. 75-2619540 |
| FUQUA BEVERAGE CORP. | Tax I.D. No. 01-0634906 |
| JACKSON BEVERAGE CORPORATION | Tax I.D. No. 75-2693948 |
| N. COLLINS ENTERTAINMENT, LTD. | Tax I.D. No. 75-2514596 |
| RAIDER BEVERAGE CORPORATION | Tax I.D. No. 48-1204993 |
| ROCKET BEVERAGE CORPORATION | Tax I.D. No. 75-2779829 |
| SHENANDOAH BEVERAGE CORPORATION | Tax I.D. No. 71-0928087 |
| TENT FINANCE, INC. | Tax I.D. No. 52-2045335 |
| TENT RESTAURANT OPERATIONS, INC. | Tax I.D. No. 56-1985556 |
| WILLOWBROOK BEVERAGE CORP. | Tax I.D. No. 20-8201601 |
| WINSTON-SALEM FOX & HOUND, INC. | Tax I.D. No. 36-4588319 |

2297854-2

## SECRETARY'S CERTIFICATE
### F&H Acquisition Corp.

F&H Acquisition Corp., a Delaware corporation (the "Company"), by its Secretary, does hereby certify, as of December 12, 2013, that attached hereto as Exhibit A is a true, correct and complete copy of the resolutions duly adopted by the Board of Directors of the Company on the date hereof; such resolutions have not been modified, amended or rescinded and remain in full force and effect as of the date hereof.

IN WITNESS WHEREOF, the undersigned has executed this Secretary's Certificate as of the date first above written.

James K. Zielke
Secretary

2292373-4

EXHIBIT A
TO
SECRETARY'S CERTIFICATE

### Resolutions

WHEREAS, the Board of Directors (the "**Board**") of F&H Acquisition Corp. (the "**Corporation**"), a Delaware corporation, acting pursuant to the laws of the State of Delaware, has considered the financial and operational aspects of the Corporation's business;

WHEREAS, the Board has reviewed the historical performance of the Corporation, the market for the Corporation's services and operations, the Corporation's current liquidity and capital needs and the current and long-term liabilities of the Corporation;

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, employees, stockholders and other interested parties to act in accordance with the following resolutions:

RESOLVED, it is desirable and in the best interests of the Corporation, its creditors, and other parties in interest, that the Corporation shall be and hereby is authorized to file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in a court of proper jurisdiction (the "**Bankruptcy Court**");

RESOLVED, that Mark Buehler and Jim Zielke (each, an "**Authorized Officer**") be, and each of them hereby is, authorized on behalf of the Corporation to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the Corporation's chapter 11 case, with a view to the successful prosecution of such case;

RESOLVED, that the Authorized Officers, on behalf of the Corporation, are authorized, empowered and directed to retain the law firm of Olshan Frome Wolosky LLP ("**Olshan**"), and provide Olshan a retainer as general and bankruptcy counsel to represent and assist the Corporation in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Olshan;

RESOLVED, that the Authorized Officers, on behalf of the Corporation, are authorized empowered and directed to retain the law firm of Young Conaway Stargatt & Taylor, LLP ("**Young Conaway**") and provide Young Conaway a retainer as local Delaware counsel to represent and assist the Corporation and Olshan in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Young Conaway;

RESOLVED, that the Authorized Officers, on behalf of the Corporation, are authorized,

2292373-4

empowered and directed to retain the services of Imperial Capital LLC ("**Imperial**"), and provide Imperial a retainer in accordance with the terms of their Engagement Letter dated on or about August 29, 2013, to provide financial advisory services for the Corporation in the Corporation's chapter 11 case, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Imperial;

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered on behalf of the Corporation to enter into that certain Senior Secured Priming and Superpriority Debtor-in-Possession Credit Agreement, by and among the Corporation, as the Borrower Representative, each party designated on the signature pages thereto as a "Borrower", General Electric Capital Corporation, as administrative agent for itself and the several financial institutions from time to time party thereto as "Lenders" (the "**Agent**") and the Lenders, the form, terms and provisions of which, and the Corporation's performance thereunder, including with respect to any borrowing, guaranty and/or granting of security interest thereunder, be and hereby is, in all respects, authorized and approved;

RESOLVED, that the Corporation will obtain benefits from its incurrence of the Loans and other obligations under the Credit Agreement and the other Loan Documents (as defined therein) which are necessary and convenient to the conduct, promotion and attainment of the business of the Corporation;

RESOLVED, that the form, terms and provisions of the other Loan Documents, and the Corporation's performance thereunder, be and they hereby are, in all respects, authorized and approved, and the Authorized Officers be, and each of them hereby is, authorized and empowered on behalf of the Corporation to enter into the other Loan Documents;

RESOLVED, that the Authorized Officers of the Corporation be, and hereby are, authorized and directed to employ any other professionals necessary to assist the Corporation in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers of the Corporation are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

RESOLVED, that the Authorized Officers be, and each of them hereby are, authorized on behalf of the Corporation to take any and all actions, to execute, deliver, negotiate, modify, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case;

RESOLVED, that any and all actions heretofore taken by any Authorized Officer or the directors of the Corporation in the name and on behalf of the Corporation in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified,

confirmed, and approved in all respects.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| F & H ACQUISITION CORP., et al.,[1] | ) | Case No. 13-_____ (  ) |
|  | ) |  |
| Debtors. | ) | (Joint Administration Requested) |
|  | ) |  |
|  | ) |  |

## CONSOLIDATED LIST OF CREDITORS
## <u>HOLDING 35 LARGEST UNSECURED CLAIMS</u>

The following is a consolidated list of creditors holding the 35 largest unsecured claims against F & H Acquisition Corp. and its affiliated debtors ("F & H Acquisition"). This list has been prepared based upon the unaudited books and records of F & H Acquisition. The list reflects amounts from F & H Acquisition's books and records as of December 15, 2013. Except as set forth above, this list has been prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is less than the total amount of such creditor's claim. The information herein shall not constitute an admission of liability by, nor is it binding on, F & H Acquisition. Moreover, nothing herein shall affect F & H Acquisition's right to challenge the amount or characterization of any claim at a later date.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: F&H Acquisition Corp. (2666); 505 Entertainment, Ltd. (4594); Alabama Fox & Hound, Inc. (5894); Bryant Beverage Corporation (0639); Champps Entertainment, Inc. (0491); Champps Entertainment of Texas, Inc. (7242); Champps of Maryland (1010); Champps Operating Corporation (5130); Downtown Beverage Corp. (3943); F & H of Iowa, Inc. (2434); F & H of Kennesaw, Inc. (5997); F & H Restaurant Corp. (8349); F & H Restaurant of Georgia, Inc. (9220); F & H Restaurant of Texas, Inc. (9871); Fox & Hound of Arizona, Inc. (3585); Fox & Hound of Colorado, Inc. (7166); Fox & Hound of Illinois, Inc. (3003); Fox & Hound of Indiana, Inc. (5676); Fox & Hound of Kansas, Inc. (7699); Fox & Hound of Kentucky, Inc. (0777); Fox & Hound of Littleton, Inc. (2894); Fox & Hound of Louisiana, Inc. (0477); Fox & Hound of Maryland, Inc. (7608); Fox & Hound of Nebraska, Inc. (5786); Fox & Hound of New Jersey, Inc. (0951); Fox & Hound of New Mexico, Inc. (5620); Fox & Hound of Ohio, Inc. (3963); Fox & Hound of Oklahoma, Inc. (2928); Fox & Hound of Texas, Inc. (0979); Fox & Hound Restaurant Group (6614); Fox & Hound, Inc. (9035); Fox & Hound II, Inc. (9540); Fuqua Beverage Corp. (4906); Jackson Beverage Corporation (3948); N. Collins Entertainment, Ltd. (4596); Raider Beverage Corporation (4993); Rocket Beverage Corporation (9829); Shenandoah Beverage Corp. (8087); Tent Finance, Inc. (5335); Tent Restaurant Operations, Inc. (5556); Willowbrook Beverage Corp. (1601); Winston-Salem Fox & Hound, Inc. (8319). The location of the Debtors' corporate headquarters and the Debtors' service address is: 1551 N. Waterfront Pkwy, Suite 310, Wichita, KS 67206.

| | NAME OF CREDITOR | COMPLETE MAILING ADDRESS OF CREDITOR INCLUDING ZIP CODE AND PHONE NUMBER, FAX AND E-MAIL (IF KNOWN) | TYPE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | NATURE OF CLAIM (CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF) | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 1 | Gordon Food Services, Inc. | 1300 Gezon Parkway SW<br>Wyoming, MI 49509<br>800-968-4164<br>616-717-7600 fax<br>Rob.schantz@gfs.com | Trade Debt | | $1,771,090.95 |
| 2 | American Express | PO Box 650448<br>Dallas, TX 75265-0448<br>212-640-2000<br>212-640-0404 fax | Trade Debt | | $650,000.00 |
| 3 | Champ's Restaurant | 7701 Wurzbach Road, Suite 2203<br>San Antonio, TX 78229<br>Attn: Ed Forester<br>210-363-6778<br>Eforester1@gmail.com | Trade Debt | | $346,500.00 |
| 4 | Ben E. Keith Co. Inc. | PO Box 901001<br>7650 Will Rogers Blvd<br>Fort Worth, TX 76101<br>817-759-6000<br>817-759-6876/817-882-9181 fax<br>jsferguson@benekeith.com | Trade Debt | | $192,164.47 |

2411346-1

| | NAME OF CREDITOR | COMPLETE MAILING ADDRESS OF CREDITOR INCLUDING ZIP CODE AND PHONE NUMBER, FAX AND E-MAIL (IF KNOWN) | TYPE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | NATURE OF CLAIM (CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF) | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 5 | AG/ARC Plaza America Retail | c/o Atlantic Realty Companies<br>8150 Leesburg Pike, Suite 1100<br>Vienna, VA 22181<br>Attn: Mark Arena/Adam Schulman<br>703-761-9000<br>703-760-9599/703-760-4935 fax<br>marena@arcrealty.com | Trade Debt | | $142,130.32 |
| 6 | Willowbrook Shopping CTR LLC | 8807 W. Sam Houston Parkway N, Suite 200<br>Houston, TX 77040<br>Attn: Jack Hall<br>281-477-4376<br>281-477-4351 fax<br>jhall@newquest.com | Trade Debt | | $139,297.55 |
| 7 | Edward Don & Company Inc. | 2562 Paysphere Cir<br>Chicago, IL 60674<br>Attn: David Turner<br>800-947-6175<br>708-883-8268/708-442-0436 fax<br>davidturner@don.com | Trade Debt | | $135,904.89 |

3

| | NAME OF CREDITOR | COMPLETE MAILING ADDRESS OF CREDITOR INCLUDING ZIP CODE AND PHONE NUMBER, FAX AND E-MAIL (IF KNOWN) | TYPE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | NATURE OF CLAIM (CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF) | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 8 | Creekstone Cedar Lodge LLC | 2380 Towne Center Blvd., Suite 1210 Baton Rouge, LA 70806 Attn: Doris J. Volentine 225-372-2191 225-825-2133 fax djvolentine@creekstonecompanies.com | Trade Debt | | $132,916.74 |
| 9 | M3 Technology Group Inc. | 925 Airpak Center Dr Nashville, TN 37217 Attn: Bruce Cordell 615-227-0717 615-227-2788 fax brucecordell@m3techgroup.com | Trade Debt | | $125,750.82 |
| 10 | Institutional Mall Invest LLC | 5750 Old Orchard Road, Suite 400 Skokie, IL 60077 Attn: Andrew R. Miller 847-966-9600 847-966-9628 fax | Trade Debt | | $117,266.96 |

4

| | NAME OF CREDITOR | COMPLETE MAILING ADDRESS OF CREDITOR INCLUDING ZIP CODE AND PHONE NUMBER, FAX AND E-MAIL (IF KNOWN) | TYPE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | NATURE OF CLAIM (CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF) | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 11 | Old Orchard Urban LP | 4905 Old Orchard Center, Suite 866<br>Skokie IL 60007<br>Attn: Scott Grossman/Kristine Lleva<br>310-689-2569/310-478-4456<br>310-689-5751/310-478-1267 fax<br>sgrossman@us.westfield.com<br>klleva@us.westfield.com | Trade Debt | | $114,472.56 |
| 12 | Robert L. Stark Enterprises Inc. | 1350 West 3rd Street<br>Cleveland, OH 44113<br>Attn: Alyssa Kamm<br>216-464-2860<br>216-464-1458 fax<br>akamm@starkenterprises.com | Trade Debt | | $113,466.69 |
| 13 | Boulevard North Associates LP | 350 Sentry Parkway, Building 630, Suite 300<br>Blue Bell, PA 19422<br>Attn: Adam Rosensweig<br>610-260-1474<br>610-260-0268 fax<br>arosensweig@goldenberggroup.com | Trade Debt | | $108,625.00 |

5

| | NAME OF CREDITOR | COMPLETE MAILING ADDRESS OF CREDITOR INCLUDING ZIP CODE AND PHONE NUMBER, FAX AND E-MAIL (IF KNOWN) | TYPE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | NATURE OF CLAIM (CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF) | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 14 | Pamale Company | PO Box 238<br>Westley, CA 95387<br>Attn: Lynda McGee<br>909-596-6032<br>Lynda.mcgee@verizon.net | Trade Debt | | $103,762.00 |
| 15 | CESC Plaza LP | 2345 Crystal Drive<br>Arlington, VA 22202<br>Attn: Robb Parker<br>703-413-7996<br>201-708-6210 fax<br>rparker@vno.com | Trade Debt | | $95,621.55 |
| 16 | Aspen Grove Lifestyle CTR LLC | c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH 44122<br>Attn: Kenneth L. Stern/Bill Kern<br>216-755-5840<br>216-755-1840 fax<br>bkern@ddr.com<br>kstern@ddr.com | Trade Debt | | $91,666.68 |

2411346-1

| | NAME OF CREDITOR | COMPLETE MAILING ADDRESS OF CREDITOR INCLUDING ZIP CODE AND PHONE NUMBER, FAX AND E-MAIL (IF KNOWN) | TYPE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | NATURE OF CLAIM (CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF) | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 17 | CA II LLC | 1350 West 3rd Street Cleveland, OH 44113 Attn: Alyssa Kamm 216-464-2860 216-464-1458 fax akamm@starkenterprises.com | Trade Debt | | $91,250.01 |
| 18 | Cypress Creek Associates LP | 6060 Piedmont Row Drive South, Suite 200 Charlotte, NC 28287 704-362-6167 704-367-0629/813-884-5018 fax sdeermangian@kimcorealty.com | Trade Debt | | $81,117.82 |
| 19 | Esplanade LLC | 8064 Summa Avenue, Suite A Baton Rouge, LA 70809 Attn: Rick Hartley 225-769-8412 rickthartley@aol.com | Trade Debt | | $78,837.95 |
| 20 | Istar Harrisburg Business | 1114 Avenue of the Americas, 39th Floor NY, NY 10036 Attn: Greg Camia 617-247-4044 617-247-9220 fax gcamia@istarfinancial.com | Trade Debt | | $74,695.62 |

7

| | NAME OF CREDITOR | COMPLETE MAILING ADDRESS OF CREDITOR INCLUDING ZIP CODE AND PHONE NUMBER, FAX AND E-MAIL (IF KNOWN) | TYPE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | NATURE OF CLAIM (CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF) | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 21 | United Food Service Inc. | 2540 N 29th Avenue<br>Phoenix, AZ 85009<br>800-289-3663<br>602-477-6469 fax | Trade Debt | | $74,087.84 |
| 22 | DDRTC Barrett Pavillion LLC | c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH 44122<br>Attn: Chris May, Prop Mgr/Kenneth L. Stern /Bill Kern<br>404-504-6757<br>404-846-7920 fax<br>bkern@ddr.com<br>kstern@ddr.com | Trade Debt | | $71,314.72 |
| 23 | Delaware East Associates LP | 350 Sentry Parkway, Building 630, Suite 300<br>Blue Bell, PA 19422<br>Attn: Adam Rosensweig<br>610-260-1474<br>610-260-0268 fax<br>arosenzweig@goldenberggroup.com | Trade Debt | | $64,369.64 |

8

2411346-1

| | NAME OF CREDITOR | COMPLETE MAILING ADDRESS OF CREDITOR INCLUDING ZIP CODE AND PHONE NUMBER, FAX AND E-MAIL (IF KNOWN) | TYPE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | NATURE OF CLAIM (CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF) | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 24 | Central Park 1208 LLC | 1954 Greenspring Drive, Suite 300 Timonium, MD 21093 Attn: Kris Watkins 410-684-2000 410-859-5685 fax kwatkins@kimcorealty.com | Trade Debt | | $61,413.75 |
| 25 | Monaghan Farms Inc. | 14120 E. Evans Avenue Aurora, CO 80024 Attn Tom Deline 303-809-1342 303-743-0202 fax tcdelione@hotmail.com | Trade Debt | | $61,068.30 |
| 26 | DRA-CLP Office LLC | 3500 Blue Lake Drive, Suite 225 Birmingham, AL 35243 Attn: Rhoda Cattus 205-262-4700 205-969-1025 Fax Rhoda.cattus@cbre.com | Trade Debt | | $59,443.25 |

9

| | NAME OF CREDITOR | COMPLETE MAILING ADDRESS OF CREDITOR INCLUDING ZIP CODE AND PHONE NUMBER, FAX AND E-MAIL (IF KNOWN) | TYPE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | NATURE OF CLAIM (CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF) | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 27 | Fairfax Co of Virginia LLC | 200 East Long Lake Road, Suite 300 Bloomfield Hills, MI 48304 Attn: Jan McCann, Lease Administrator 248-258-680 248-258-7683 fax jmccann@taubman.com | Trade Debt | | $59,397.46 |
| 28 | Marlton Plaza Associates II LP | c/o Centro, Two Tower Bridge, Suite 300 Conshohocken, PA 19428 Attn: Holly Jaroslaw, Paralegal 610-825-7100 610-834-8110 fax Holly.jaroslaw@centroprop.com | Trade Debt | | $53,121.98 |
| 29 | 0564 Circle Centre Mall LLC | Simon Property Group 225 W. Washington St. Indianapolis, IN 46204 Attn: James Owen 317-263-7928 jowen@simon.com | Trade Debt | | $52,731.39 |

2411346-1

| | NAME OF CREDITOR | COMPLETE MAILING ADDRESS OF CREDITOR INCLUDING ZIP CODE AND PHONE NUMBER, FAX AND E-MAIL (IF KNOWN) | TYPE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | NATURE OF CLAIM (CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF) | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 30 | Eastwood LLC | 3303 West Saginaw, St C-3 Lansing, MI 48917 Attn: Michael Eyde 517-333-1600 517-333-1602 fax | Trade Debt | | $52,433.52 |
| 31 | Rochester Malls LLC | 1265 Scottsville Road Rochester, New York 14624 Attn: Thomas W. Daniels, Sr. Counsel 585-783-3241 585-464-0706 fax tdaniels@wilmorite.com | Trade Debt | | $48,905.59 |
| 32 | Belden Clark LLC | 10 Lakeside Dr. South Barrington, IL 60010 Attn: Baris Ozar 847-381-2600 barisozar@hotmail.com | Trade Debt | | $48,228.96 |

11

| | NAME OF CREDITOR | COMPLETE MAILING ADDRESS OF CREDITOR INCLUDING ZIP CODE AND PHONE NUMBER, FAX AND E-MAIL (IF KNOWN) | TYPE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | NATURE OF CLAIM (CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF) | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 33 | Mayfaire I LLC | 6835 Conservation Way PO Box 12830 Wilmington, DE 28405 Attn: Sue Rice 910-256-5131 910-256-5131 fax suerice@mayfairetown.com | Trade Debt | | $45,189.90 |
| 34 | Trimark Foodcraft Inc. | 2601 Hope Church Rd. Winston-Salem, NC 27103-6703 Attn: Chris Nichols 336-768-7520 336-768-1708 fax cnichols@trimarkusa.com | Trade Debt | | $43,862.45 |
| 35 | Magna IV Color Imaging, Inc. | 2401 Commerical Lane Littlerock, AR 72206 501-376-2397 501-376-2041 | Trade Debt | | $41,102.86 |

12

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of F & H Acquisition Corp., declare under penalty of perjury that I have read the foregoing consolidated list of creditors holding the thirty-five (35) largest unsecured claims against F & H Acquisition Corp. and that it is true and correct to the best of my information and belief.

Dated: December 15, 2013

By: _____
Name:    James Zielke
Title:    Chief Financial Officer and President

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| F & H ACQUISITION CORP., et al.,[1] | ) | Case No. 13-_____ ( ) |
|  | ) |  |
| Debtors. | ) | (Joint Administration Requested) |
|  | ) |  |
|  | ) |  |

### DEBTORS CONSOLIDATED CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULES 1007(a)(1) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

I, James Zielke, Chief Financial Officer and President of F & H Acquisition Corp. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby state, pursuant to Rules 1007(a)(l) and 7007.1 of the Federal Rules of Bankruptcy Procedure, as follows:

1.    F & H Consolidated, LLC owns in excess of 10% outstanding equity interest in F&H Acquisition Corp. ("F&H").

2.    F&H owns, either directly or indirectly, 100% of the outstanding equity interests in each of the other Debtors.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: F&H Acquisition Corp. (2666); 505 Entertainment, Ltd. (4594); Alabama Fox & Hound, Inc. (5894); Bryant Beverage Corporation (0639); Champps Entertainment, Inc. (0491); Champps Entertainment of Texas, Inc. (7242); Champps of Maryland (1010); Champps Operating Corporation (5130); Downtown Beverage Corp. (3943); F & H of Iowa, Inc. (2434); F & H of Kennesaw, Inc. (5997); F & H Restaurant Corp. (8349); F & H Restaurant of Georgia, Inc. (9220); F & H Restaurant of Texas, Inc. (9871); Fox & Hound of Arizona, Inc. (3585); Fox & Hound of Colorado, Inc. (7166); Fox & Hound of Illinois, Inc. (3003); Fox & Hound of Indiana, Inc. (5676); Fox & Hound of Kansas, Inc. (7699); Fox & Hound of Kentucky, Inc. (0777); Fox & Hound of Littleton, Inc. (2894); Fox & Hound of Louisiana, Inc. (0477); Fox & Hound of Maryland, Inc. (7608); Fox & Hound of Nebraska, Inc. (5786); Fox & Hound of New Jersey, Inc. (0951); Fox & Hound of New Mexico, Inc. (5620); Fox & Hound of Ohio, Inc. (3963); Fox & Hound of Oklahoma, Inc. (2928); Fox & Hound of Texas, Inc. (0979); Fox & Hound Restaurant Group (6614); Fox & Hound, Inc. (9035); Fox & Hound II, Inc. (9540); Fuqua Beverage Corp. (4906); Jackson Beverage Corporation (3948); N. Collins Entertainment, Ltd. (4596); Raider Beverage Corporation (4993); Rocket Beverage Corporation (9829); Shenandoah Beverage Corp. (8087); Tent Finance, Inc. (5335); Tent Restaurant Operations, Inc. (5556); Willowbrook Beverage Corp. (1601); Winston-Salem Fox & Hound, Inc. (8319). The location of the Debtors' corporate headquarters and the Debtors' service address is: 1551 N. Waterfront Pkwy, Suite 310, Wichita, KS 67206.

2297254-1

## DECLARATION UNDER PENALTY OF PERJURY

I, James Zielke, the undersigned authorized signatory of F & H Acquisition Corp., the Debtor in this case, declare under penalty of perjury that I have read the corporate ownership statement and that it is true and correct to the best of my information and belief.

Date:  December ⎯⎯, 2013

Name:  James Zielke
Title:    Chief Financial Officer & President

2

2297254-1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| F & H ACQUISITION CORP., et al.,[1] | ) | Case No. 13-_____ ( ) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS

The following lists the equity security holders of F & H Acquisition Corp. as of the date hereof. This list is being filed pursuant to Rule 1007(a)(3) of Federal Rules of Bankruptcy Procedure.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: F&H Acquisition Corp. (2666); 505 Entertainment, Ltd. (4594); Alabama Fox & Hound, Inc. (5894); Bryant Beverage Corporation (0639); Champps Entertainment, Inc. (0491); Champps Entertainment of Texas, Inc. (7242); Champps of Maryland (1010); Champps Operating Corporation (5130); Downtown Beverage Corp. (3943); F & H of Iowa, Inc. (2434); F & H of Kennesaw, Inc. (5997); F & H Restaurant Corp. (8349); F & H Restaurant of Georgia, Inc. (9220); F & H Restaurant of Texas, Inc. (9871); Fox & Hound of Arizona, Inc. (3585); Fox & Hound of Colorado, Inc. (7166); Fox & Hound of Illinois, Inc. (3003); Fox & Hound of Indiana, Inc. (5676); Fox & Hound of Kansas, Inc. (7699); Fox & Hound of Kentucky, Inc. (0777); Fox & Hound of Littleton, Inc. (2894); Fox & Hound of Louisiana, Inc. (0477); Fox & Hound of Maryland, Inc. (7608); Fox & Hound of Nebraska, Inc. (5786); Fox & Hound of New Jersey, Inc. (0951); Fox & Hound of New Mexico, Inc. (5620); Fox & Hound of Ohio, Inc. (3963); Fox & Hound of Oklahoma, Inc. (2928); Fox & Hound of Texas, Inc. (0979); Fox & Hound Restaurant Group (6614); Fox & Hound, Inc. (9035); Fox & Hound II, Inc. (9540); Fuqua Beverage Corp. (4906); Jackson Beverage Corporation (3948); N. Collins Entertainment, Ltd. (4596); Raider Beverage Corporation (4993); Rocket Beverage Corporation (9829); Shenandoah Beverage Corp. (8087); Tent Finance, Inc. (5335); Tent Restaurant Operations, Inc. (5556); Willowbrook Beverage Corp. (1601); Winston-Salem Fox & Hound, Inc. (8319). The location of the Debtors' corporate headquarters and the Debtors' service address is: 1551 N. Waterfront Pkwy, Suite 310, Wichita, KS 67206.

2297963-1

| Security Holder's Registered Name and Last Known Address or Place of Business | Percentage % |
|---|---|
| Steel Partners II Liquidating Series Trust<br>590 Madison Avenue, 32nd Floor<br>New York, NY 10022 | 0.29% |
| Fox & Hound Holdings, L.P.<br>200 Crescent Court, Suite 1400<br>Dallas, TX 75201 | 0.19% |
| Newcastle Special Opportunity Fund III, LP<br>200 Crescent Court, Suite 14000<br>Dallas, TX 75201 | 0.04% |
| Hare & Co, LLC<br>c/o The Bank of New York Mellon<br>PO Box 11203<br>New York, NY 10286 | 1.64% |
| Charles Frederic & Co., for Silver Creek<br>Long/Short Holdings, LLC<br>1301 Fifth Avenue, 40th Floor<br>Seattle, WA 98101 | 8.31% |
| F&H Consolidated, LLC<br>200 Crescent Court, Suite 1400<br>Dallas, TX 75201 | 86.87% |
| Steven Johnson<br>9402 Cross Creek<br>Wichita, KS 67206 | 1.21% |
| James Zielke<br>10310 Boxthorn Court<br>Wichita, KS 67226 | 0.81% |

2

2297963-1

| Security Holder's Registered Name and Last Known Address or Place of Business | Percentage % |
|---|---|
| Kenneth Syvarth<br>7014 Quill Leaf Cove<br>Austin, TX 78750 | 0.34% |
| Fran Vavala<br>4045 Blackrock Drive<br>Tucson, AZ 85750 | 0.13% |
| Ryan Zink<br>1406 Chaumont Circle<br>Andover, KS 67002 | 0.05% |
| Donald Stack<br>11406 Wingfoot Drive<br>Kansas City, KS 66109 | 0.09% |
| Martin Fayette<br>3340 Muscadine Trail<br>Kennesaw, GA 30144 | 0.03% |

3

2297963-1

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, James Zielke, Chief Financial Officer & President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **List of Equity Security Holders** and that it is true and correct to the best of my information and belief.

Date: December 15, 2013

Name:    James Zielke
Title:    Chief Financial Officer and President

4

2297963-1