**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **F&H ACQUISITION CORP.,** *et al.,* | : | Case No. 13-13220(KG) |
| | : | |
| Debtors. | : | Jointly Administered |

**NOTICE OF TELEPHONIC PARTICIAPTION IN FORMATION MEETING
OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

    Roberta A. DeAngelis, the United States Trustee for Region 3 ("U. S. Trustee") has scheduled a meeting pursuant to Section 1104 of the United States Bankruptcy Code for the purpose of forming a Committee of Unsecured Creditors ("Committee") and will conduct that meeting to form a Committee on Friday, January 3, 2014 at 10:00 a.m. at the Doubletree Hotel, 700 North King Street, Wilmington, Delaware.   However, due to the impending adverse weather conditions anticipated for tomorrow morning, if you wish to be considered for membership on the Committee and have sent to us a completed Questionnaire no later than 5:00 p.m. (EST) Thursday, January 2, 2014, you may participate in the formation meeting *via* telephone by calling (866)524-2268 and entering the participant code of 9783732.

    Thank you for your anticipated cooperation.

                                                **ROBERTA A. DEANGELIS
UNITED STATES TRUSTEE**

                                                /s/Richard L. Schepacarter
                                                Richard L. Schepacarter
                                                Trial Attorney
                                                U. S. Department of Justice
                                                Office of the U. S. Trustee
                                                J. Caleb Boggs Federal Building
                                                844 King Street, Suite 2207
                                                Wilmington, DE 19801
                                                (302) 573-6491
Dated: January 2, 2014                       (302) 573-6497 fax