**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| F&H Acquisition Corp., *et al.* | : | Case No. 13-13220(KG) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Gordon Food Services, Inc.** Attn: Sharon Murphy, 1300 Gezon Parkway SW, Wyoming, MI 49509, Phone: 800-905-3017; Fax: 616-717-7671.

2. **Ben E. Keith Company,** Attn: Richard Grasso, P.O. Box 2628, Fort Worth, TX76113; Phone: 817-877-5700; Fax: 817-338-1701.

3. **Edward Don & Company,** Attn: John Fahey, 9801 Adam Don Parkway, Woodridge, IL, 60517, Phone: 708-883-8362.

4. **The Coca-Cola Company,** Attn: Joseph Johnson, P.O. Box 1734, Atlanta GA, 30313, Phone: 404-676-4150, 404-598-4150.

5. **GGP Limited Partnership,** Attn: Julie Minnick Bowden, 110 N. Wacker Drive, Chicago, IL 60606. Phone: 312-860-2707; Fax: 312-442-6374.

6. **Simon Property Group, Inc**., Attn: Ronald M. Tucker, Esquire, 225 W. Washington Street, Indianapolis, IN 46204, Phone: 317-263-2346; Fax: 317-263-7901.

7. **DDR Corp**., Attn: Eric C. Cotton, Esquire, 3300 Enterprise Parkway, Beachwood, OH, Phone: 216-755-5660; Fax: 216-755-1600.


    ROBERTA A. DEANGELIS
    United States Trustee, Region 3

    /s/ Richard L. Schepacarter for
    T. PATRICK TINKER
    ASSISTANT UNITED STATES TRUSTEE

DATED: January 3, 2014

Attorney assigned to this Case: Richard L. Schepacarter, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Robert F. Poppiti, Jr., Phone: (302) 571-6600; Fax: (302) 576.3554