# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| F & H ACQUISITION CORP., *et al.*,[1] | ) Case No. 13-13220 (KG) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Objection Deadline: May 23, 2014 at 4:00 p.m. |
| | ) Hearing Date: Only if Objections are timely filed |

## FIRST MONTHLY FEE APPLICATION OF
## ALVAREZ & MARSAL NORTH AMERICA, LLC
## FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT
## OF EXPENSES AS FINANCIAL ADVISORS TO THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD FROM JANUARY 6, 2014 THROUGH MARCH 31, 2014

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Effective as of January 6, 2014* |
| Period for which compensation and reimbursement is sought: | January 6, 2014 through March 31, 2014 |
| Amount of Compensation sought as actual, reasonable and necessary: | $176,480.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $5,182.71 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, include: F&H Acquisition Corp. (2666); 505 Entertainment, Ltd. (4594); Alabama Fox & Hound, Inc. (5894); Bryant Beverage Corporation (0639); Champps Entertainment, Inc. (0491); Champps Entertainment of Texas, Inc. (7242); Champps of Maryland (1010); Champps Operating Corporation (5130); Downtown Beverage Corp. (3943); F & H of Iowa, Inc. (2434); F & H of Kennesaw, Inc. (5997); F & H Restaurant Corp. (8349); F & H Restaurant of Georgia, Inc. (2200); F & H Restaurant of Texas, Inc. (9871); Fox & Hound of Arizona, Inc. (3585); Fox & Hound of Colorado, Inc. (7166); Fox & Hound of Illinois, Inc. (3003); Fox & Hound of Indiana, Inc. (5676); Fox & Hound of Kansas, Inc. (7699); Fox & Hound of Kentucky, Inc. (0777); Fox & Hound of Littleton, Inc. (2894); Fox & Hound of Louisiana, Inc. (0477); Fox & Hound of Maryland, Inc. (7608); Fox & Hound of Nebraska, Inc. (5786); Fox & Hound of New Jersey, Inc. (0951); Fox & Hound of New Mexico, Inc. (5620); Fox & Hound of Ohio, Inc. (3963); Fox & Hound of Oklahoma, Inc. (2928); Fox & Hound of Texas, (0979); Fox & Hound Restaurant Group (6614); Fox & Hound, Inc. (9035); Fox & Hound II, Inc. (9540); Fuqua Beverage Corp. (4906); Jackson Beverage Corporation (3948); N. Collins Entertainment, Ltd. (4596); Raider Beverage Corporation (4993); Rocket Beverage Corporation (9829); Shenandoah Beverage Corporation (8087); Tent Finance, Inc. (5335); Tent Restaurant Operations, Inc. (5556); Willowbrook Beverage Corp. (1601); Winston-Salem Fox & Hound, Inc. (8319); The location of the Debtors' corporate headquarters and the Debtors' service address is: 1551 N. Waterfront Pkwy, Suite 310, Wichita, KS 67206.

This is a(n):                                      ✓ Monthly    ___ Interim    ___ Final application

This is the FIRST monthly fee application filed in this case.
Requested Payment Amount:

Fees at 80%                    $   141,184.00

Expenses at 100%               $     5,182.71

Total:                         $   146,366.71

**Prior Applications:** - **No prior applications.**

## COMPENSATION BY PROFESSIONAL

| Name of Professional | Position | Rate | Total Hours | Total Fees (Prior to Holdback) |
|---|---|---|---|---|
| Albert Layne | Managing Director | $850 | 1.2 | $1,020.00 |
| Kelly Stapleton | Managing Director | $725 | 38.4 | $27,840.00 |
| Mark Roberts | Managing Director | $725 | 86.1 | $62,060.00 |
| Rich Newman | Director | $525 | 84.0 | $43,837.50 |
| Lauren Kessler | Sr. Associate | $495 | 2.5 | $1,237.50 |
| Brendan Sinnott | Associate | $340 | 12.0 | $4,080.00 |
| Chris Petrocelli | Associate | $325 | 105.4 | $34,255.00 |
| **Mary Napoliello** | **Paraprofessional** | $250 | 6.1 | $1,525.00 |
| Total | | | **335.7** | **$176,480.00** |
| | Blended Rate $525.71 | | | |

## COMPENSATION BY PROJECT CATEGORY

| Matter Code | Description | Total Hours | Total Fees Requested |
|---|---|---|---|
| Committee | Coordinate and fulfill information requests, prepare for and attend meetings and participate in discussions with the Unsecured Creditors Committee. | 80.5 | $42,082.50 |
| Fee Application | Preparation of monthly and interim fee application in accordance with court guidelines. | 6.1 | $1,525.00 |
| Financial & Operational Analysis | Review analyses of Debtor and financial/operational reporting, performance of business segments, operational issues, critical vendors, contingent liabilities, cost cutting/restructuring initiatives, reorganization efforts, sale process, liquidation analysis, preference analysis, debt capacity, insurance and executory contracts including ad-hoc analysis requested by UCC. | 214.4 | $113,240.00 |
| Tax | Assist the UCC with evaluating compliance with tax regulations and developing positions with respect to tax liabilities. | 15.7 | $6,337.50 |
| Travel Time | Billable travel time (reflects 50% of time incurred). | 19.0 | $13,295.00 |
| | **Total** | **335.7** | **$176,480.00** |
| | **Blended Rate $525.71** | | |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Expense Amount |
|---|---|---|
| Airfare | Various | $3,194.31 |
| Lodging | Various | $628.80 |
| Meals | Various | $175.41 |
| Miscellaneous | Various | $199.51 |
| Transportation | Various | $984.68 |
| Total | | **$5,182.71** |

Annexed hereto are the following schedules for compensation and reimbursement of expenses sought by Applicant for the Compensation Period:

Exhibit A – Summary of Time Detail by Task

Exhibit B – Summary of Time Detail by Professional

Exhibit C – Summary of Time Detail by Task by Professional

Exhibit D – Time Detail by Task Code which includes a daily time log detailing the activities and services performed by the Applicant on behalf of the Debtors.

Exhibit E – Summary of Expense by Category

Exhibit F – Expense Detail by Professional which includes a breakdown of the Applicant's expenses incurred.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| F & H ACQUISITION CORP., et al.[1] | ) Case No. 13-13220 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) |

FIRST MONTHLY FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC
FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES AS FINANCIAL ADVISORS TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM JANUARY 6, 2014 THROUGH MARCH 31, 2014

Alvarez & Marsal North America, LLC ("A&M"), financial advisors to the Official Committee of Unsecured Creditors (the "Committee") appointed in the cases of the above-captioned debtor and debtors in possession (collectively, the "Debtors"), hereby submits its first monthly application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting it interim compensation and reimbursement of expenses for the period from January 6, 2014 through March 31, 2014. In support hereof, A&M respectfully represents as follows:

I. JURISDICTION, VENUE AND STATUTORY
PREDICATES FOR RELIEF SOUGHT

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, include: F&H Acquisition Corp. (2666); 505 Entertainment, Ltd. (4594); Alabama Fox & Hound, Inc. (5894); Bryant Beverage Corporation (0639); Champps Entertainment, Inc. (0491); Champps Entertainment of Texas, Inc. (7242); Champps of Maryland (1010); Champps Operating Corporation (5130); Downtown Beverage Corp. (3943); F & H of Iowa, Inc. (2434); F & H of Kennesaw, Inc. (5997); F & H Restaurant Corp. (8349); F & H Restaurant of Georgia, Inc. (2200); F & H Restaurant of Texas, Inc. (9871); Fox & Hound of Arizona, Inc. (3585); Fox & Hound of Colorado, Inc. (7166); Fox & Hound of Illinois, Inc. (3003); Fox & Hound of Indiana, Inc. (5676); Fox & Hound of Kansas, Inc. (7699); Fox & Hound of Kentucky, Inc. (0777); Fox & Hound of Littleton, Inc. (2894); Fox & Hound of Louisiana, Inc. (0477); Fox & Hound of Maryland, Inc. (7608); Fox & Hound of Nebraska, Inc. (5786); Fox & Hound of New Jersey, Inc. (0951); Fox & Hound of New Mexico, Inc. (5620); Fox & Hound of Ohio, Inc. (3963); Fox & Hound of Oklahoma, Inc. (2928); Fox & Hound of Texas, Inc. (0979); Fox & Hound Restaurant Group (6614); Fox & Hound, Inc. (9035); Fox & Hound II, Inc. (9540); Fuqua Beverage Corp. (4906); Jackson Beverage Corporation (3948); N. Collins Entertainment, Ltd. (4596); Raider Beverage Corporation (4993); Rocket Beverage Corporation (9829); Shenandoah Beverage Corporation (8087); Tent Finance, Inc. (5335); Tent Restaurant Operations, Inc. (5556); Willowbrook Beverage Corp. (1601); Winston-Salem Fox & Hound, Inc. (8319); The location of the Debtors' corporate headquarters and the Debtors' service address is: 1551 N. Waterfront Pkwy, Suite 310, Wichita, KS 67206.

DOCS_SF:84997.1 29903/002

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B). Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409. The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

## II. BACKGROUND

2. On December 15, 2013 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued in the management of its businesses and operation of its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. In accordance with the provisions of section 1102(b) of the Bankruptcy Code, on January 3, 2014, the United States Trustee appointed an official committee of unsecured creditors (the "Committee") in the Debtors' case.

4. On or about January 28, 2014, the Court entered the Administrative Order, authorizing certain professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit monthly fee applications. If no objections are made within fifteen (15) days after service of the monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. Beginning with the period ending March 31, 2014, and each three-month interval thereafter, each of the Professionals must file and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

5. On February 25, 2014, this Court entered an Order [Docket No. 413] (the "Retention Order") approving the retention of A&M as financial advisors to the Official Unsecured Creditors Committee effective January 6, 2014.

6. A&M has rendered services on behalf of the Official Unsecured Creditors Committee for the period from January 6, 2014 through March 31, 2014 (the "Compensation Period"), totaling 335.7 hours of professional time.

7. Attached hereto as Exhibit "A-F" is a full and detailed statement describing the professional services rendered and expenses incurred by each A&M professional during the Compensation Period.

8. To assist the Court in its review of the fees sought by Applicant, Applicant has separated its time entries in Exhibit D into the following categories:

   a. Committee. This category includes time spent by Applicant coordinating and fulfilling information requests, preparation for and attendance at meetings and participation in discussions with the Unsecured Creditors Committee, other interested parties and their advisors. The total fees sought under this category for the period January 6, 2014 through March 31, 2014 are $42,082.50 (80.5 hours).

   b. Fee Application. This category includes time spent by Applicant preparing monthly and interim applications in compliance with court guidelines. The total fees sought under this category for the period January 6, 2014 through March 31, 2014 are $1,525.00 (6.1 hours).

   c. Financial & Operational Analysis. This category contains time spent by Applicant reviewing analyses of Debtor and financial/operational reporting, performance of business segments, operational issues, critical vendors, contingent liabilities, cost cutting/restructuring initiatives, reorganization efforts, sale process, liquidation analysis, preference analysis, debt capacity, insurance and executory contracts including ad-hoc analysis requested by UCC. The total fees sought under this category for the period January 6, 2014 through March 31, 2014 are $113,240.00 (214.4 hours).

   d. Tax. This category includes time evaluating compliance with tax regulations and developing positions with respect to tax liabilities. The total fees sought under

this category for the period January 6, 2014 through March 31, 2014 are $6,337.50 (15.7 hours).

e. <u>Travel Time</u>. This category includes billable travel time at fifty-percent of time incurred. The total fees sought under this category for the period January 6, 2014 through March 31, 2014 are $13,295.00 (19.0 hours).

9. The total sum due to A&M for professional services rendered on behalf of the Debtors for the Compensation Period is $176,480.00. A&M submits that the professional services it rendered on behalf of the Official Unsecured Creditors Committee during this time were reasonable and necessary.

10. A&M also expended costs on behalf of the Debtors in the sum of $5,182.71 during the Compensation period. Attached hereto as <u>Exhibit "F"</u> is an itemized list of expenses incurred during the compensation period.

11. A&M accordingly seeks allowance of the sum of $176,480.00 in fees and $5,182.71 in expenses, for a total of $181,662.71.

12. In accordance with the Retention Order and Administrative Order, attached hereto as Exhibit "G" is the budget and staffing plan for PSZ&J approved by the Committee for the Interim Period.

13. The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, A&M hereby requests : (i) interim allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $176,480.00 and reimbursement of actual and necessary expenses incurred in the sum of $5,182.71 for the period from January 6, 2014 through March 31, 2014; (ii) payment in the amount of $146,366.71 representing 80% of the total fees billed and 100% of the expenses

incurred during the Application Period, as provided under the Interim Compensation Order; and (iii) such other relief as this Court deems just and proper.

Dated: ~~April~~ May 2, 2014
New York, NY

Respectfully submitted,

**ALVAREZ & MARSAL NORTH AMERICA, LLC**

_____
Kelly Stapleton
600 Madison Avenue
8th Floor
New York, NY 10022
Telephone: 212.763.9750
Facsimile: 212.759.5532
kstapleton@alvarezandmarsal.com

Financial Advisors to the *Official Committee of Unsecured Creditors*

## VERIFICATION

STATE OF NEW YORK        :
                         :
COUNTY OF ~~NEW YORK~~ Nassau :

Kelly Stapleton, after being duly sworn according to law, deposes and says:

a)  I am a managing director at the applicant financial advisory firm <u>Alvarez & Marsal North America, LLC ("A&M")</u>.

b)  I am familiar with the work performed on behalf of the Creditors' Committee by the paraprofessionals of A&M.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about June 11, 2013, and submit that the Application substantially complies with such Rule and Order.

_____
Kelly Stapleton

SWORN AND SUBSCRIBED
before me this 2nd day of May, 2014.

_____
Notary Public
My Commission Expires:

ELIZABETH A. CARRINGTON
Notary Public, State of New York
No. 01CA6012077
Qualified in Nassau County
Commission Expires Aug 17, 20 14

DOCS_SF:84997.1 29903/002