IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| F & H ACQUISITION CORP., *et al.*,[1] | Case No. 13-13220 (KG) (Jointly Administered) |
| Debtors. | |

**Objection Deadline: May 28, 2014 at 4:00 p.m.**
**Hearing Date: July 9, 2014 at 10:00 a.m.**

**FIRST QUARTERLY APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR THE PERIOD FROM JANUARY 3, 2014 THROUGH MARCH 31, 2014**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Nunc Pro Tunc to January 3, 2014 by order entered February 28, 2014 |
| Period for which Compensation and Reimbursement is Sought: | January 3, 2014 through March 31, 2014 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $236,410.25 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 17,408.74 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: F & H Acquisition Corp. (2666); 505 Entertainment, Ltd. (4594); Alabama Fox & Hound, Inc. (5894); Bryant Beverage Corporation (0639); Champps Entertainment, Inc. (0491); Champps Entertainment of Texas, Inc. (7242); Champps of Maryland (1010); Champps Operating Corporation (5130); Downtown Beverage Corp. (3943); F & H of Iowa, Inc. (2434); F & H of Kennesaw, Inc. (5997); F & H Restaurant Corp. (8349); F & H Restaurant of Georgia, Inc. (2200); F & H Restaurant of Texas, Inc. (9871); Fox & Hound of Arizona, Inc. (3585); Fox & Hound of Colorado, Inc. (7166); Fox & Hound of Illinois, Inc. (3003); Fox & Hound of Indiana, Inc. (5676); Fox & Hound of Kansas, Inc. (7699); Fox & Hound of Kentucky, Inc. (0777); Fox & Hound of Littleton, Inc. (2894); Fox & Hound of Louisiana, Inc. (0477); Fox & Hound of Maryland, Inc. (7608); Fox & Hound of Nebraska, Inc. (5786); Fox & Hound of New Jersey, Inc. (0951); Fox & Hound of New Mexico, Inc. (5620); Fox & Hound of Ohio, Inc. (3963); Fox & Hound of Oklahoma, Inc. (2928); Fox & Hound of Texas, Inc. (0979); Fox & Hound Restaurant Group (6614); Fox & Hound, Inc. (9035); Fox & Hound II, Inc. (9540); Fuqua Beverage Corp. (4906); Jackson Beverage Corporation (3948); N. Collins Entertainment, Ltd. (4596); Raider Beverage Corporation (4993); Rocket Beverage Corporation (9829); Shenandoah Beverage Corporation (8087); Tent Finance, Inc. (5335); Tent Restaurant Operations, Inc. (5556); Willowbrook Beverage Corp. (1601); Winston-Salem Fox & Hound, Inc. (8319). The location of the Debtors' corporate headquarters and the Debtors' service address is: 1551 N. Waterfront Pkwy, Suite 310, Wichita, KS 67206.

This is a:          monthly    X  interim          final application.

The total time expended for fee application preparation is approximately 2 hours

and the corresponding compensation requested is approximately $750.00.

### PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 4/16/14 | 01/03/14 – 01/31/14 | $137,708.25 | $14,382.83 | Pending | Pending |
| 4/16/14 | 02/01/14 – 02/28/14 | $ 87,587.00 | $ 2,259.06 | Pending | Pending |
| 4/16/14 | 03/01/14 – 03/31/14 | $ 11,115.00 | $     766.85 | Pending | Pending |

### PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Robert J. Feinstein | Partner 2001; Member of NY and MA Bars since 1982 | $995.00 | 0.30 | $     298.50 |
| Henry C. Kevane | Partner 1997; Member of CA Bar since 1986 | $875.00 | 0.70 | $     612.50 |
| Jeffrey N. Pomerantz | Partner 1995; Member of CA Bar since 1989 | $875.00 $437.50 | 55.60 12.20 | $48,650.00 $ 5,337.50 |
| Bradford J. Sandler | Partner 2010; Member of PA and NJ Bars 1996; Member of DE Bar 2001; Member of NY Bar 2007 | $775.00 $387.50 | 121.70 7.50 | $94,317.50 $ 2,906.25 |
| Bruce Grohsgal | Partner 2003; Member of PA Bar since 1984; Member of DE Bar since 1997 | $775.00 | 0.30 | $     232.50 |
| Maxim B. Litvak | Partner 2004; Member of TX Bar 1997; Member of CA Bar 2001 | $775.00 | 10.10 | $ 7,827.50 |
| Maria A. Bove | Of Counsel 2001; Member of NY Bar since 2001 | $695.00 | 1.50 | $ 1,042.50 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience; Year of Obtaining License to Practice; Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John W. Lucas | Partner 2014; Member of NY Bar since 2005; Member of CA Bar since 2010 | $595.00 | 69.60 | $41,412.00 |
| Peter J. Keane | Associate 2010; Member of PA Bar since 2008; Member of DE and NH Bar since 2010 | $475.00 | 21.90 | $10,402.50 |
| Patricia J. Jeffries | Paralegal 1999 | $295.00 | 7.00 | $ 2,065.00 |
| Karina Yee | Paralegal 2000 | $295.00 | 49.50 | $14,602.50 |
| Margaret L. McGee | Paralegal 2007 | $295.00 | 0.50 | $   147.50 |
| Monica Molitor | Paralegal 2009 | $295.00 | 3.20 | $   944.00 |
| Kati Suk | Paralegal 2007 | $235.00 | 9.70 | $ 2,279.50 |
| Charles J. Bouzoukis | Case Management Assistant 2001 | $215.00 | 8.30 | $ 1,784.50 |
| Karen S. Neil | Case Management Assistant 2003 | $215.00 | 7.20 | $ 1,548.00 |

Grand Total:   $ 236,410.25
Total Hours:        386.80
Blended Rate:  $      611.20

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 34.90 | $27,789.50 |
| Bankruptcy Litigation | 4.50 | $ 3,157.50 |
| Case Administration | 52.80 | $16,460.00 |
| Claims Admin./Objections | 137.40 | $98,421.00 |
| Comp. of Prof./Others | 2.50 | $  911.50 |
| Executory Contracts | 0.20 | $  165.00 |
| Financing | 38.70 | $26,346.50 |
| General Creditors Committee | 42.10 | $30,267.50 |
| Hearings | 15.20 | $ 5,734.00 |
| PSZ&J Compensation | 6.90 | $ 3,309.50 |
| Non-Working Travel | 19.70 | $ 8,243.75 |
| PSZ&J Retention | 13.60 | $ 6,976.00 |
| Retention of Professionals | 5.90 | $ 2,796.50 |
| Schedules/SOFA | 11.60 | $ 5,302.00 |
| Stay Litigation | 0.80 | $  530.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider[2] (if applicable) | Total Expenses |
|---|---|---|
| Air Fare | United Airlines; Virgin America | $2,019.14 |
| Airport Parking | LAX | $  134.62 |
| Auto Travel Expense | Cab fare; Eagle Transportation, Music Express | $3,789.36 |
| Working Meals | | $2,189.78 |
| Conference Call | AT&T Conference Call | $  140.80 |
| Delivery/Courier Service | Digital Legal | $  16.00 |
| Filing Fee | USDC | $  50.00 |
| Hotel Expense | Ashton Hotel | $2,477.15 |
| Court Research | Pacer | $  567.22 |
| Postage | US Mail | $  5.00 |
| Reproduction Expense | | $1,624.10 |
| Reproduction/ Scan Copy | | $1,640.40 |
| Research | Paracorp Inc. | $1,800.00 |
| Travel Expense | Travel Agency Fee; Commerce Blackberry | $  81.29 |
| Transcripts | Wilcox & Fetzer | $  364.84 |
| Westlaw | Westlaw | $  509.04 |

---

[2] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| F & H ACQUISITION CORP., *et al.*,[1] | Case No. 13-13220 (KG) |
| Debtors. | (Jointly Administered) |

**Objection Deadline: May 28, 2014 at 4:00 p.m.**
**Hearing Date: July 9, 2014 at 10:00 a.m.**

## FIRST QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, <u>FOR THE PERIOD FROM JANUARY 3, 2014 THROUGH MARCH 31, 2014</u>

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the

"Bankruptcy Rules"), and the Court's Order, Pursuant to Sections 105(a) and 331 of the

Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-1, Establishing Procedures for

Interim Compensation and Reimbursement of Professionals, entered January 28, 2014 (the

"Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), counsel

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: F & H Acquisition Corp. (2666); 505 Entertainment, Ltd. (4594); Alabama Fox & Hound, Inc. (5894); Bryant Beverage Corporation (0639); Champps Entertainment, Inc. (0491); Champps Entertainment of Texas, Inc. (7242); Champps of Maryland (1010); Champps Operating Corporation (5130); Downtown Beverage Corp. (3943); F & H of Iowa, Inc. (2434); F & H of Kennesaw, Inc. (5997); F & H Restaurant Corp. (8349); F & H Restaurant of Georgia, Inc. (2200); F & H Restaurant of Texas, Inc. (9871); Fox & Hound of Arizona, Inc. (3585); Fox & Hound of Colorado, Inc. (7166); Fox & Hound of Illinois, Inc. (3003); Fox & Hound of Indiana, Inc. (5676); Fox & Hound of Kansas, Inc. (7699); Fox & Hound of Kentucky, Inc. (0777); Fox & Hound of Littleton, Inc. (2894); Fox & Hound of Louisiana, Inc. (0477); Fox & Hound of Maryland, Inc. (7608); Fox & Hound of Nebraska, Inc. (5786); Fox & Hound of New Jersey, Inc. (0951); Fox & Hound of New Mexico, Inc. (5620); Fox & Hound of Ohio, Inc. (3963); Fox & Hound of Oklahoma, Inc. (2928); Fox & Hound of Texas, Inc. (0979); Fox & Hound Restaurant Group (6614); Fox & Hound, Inc. (9035); Fox & Hound II, Inc. (9540); Fuqua Beverage Corp. (4906); Jackson Beverage Corporation (3948); N. Collins Entertainment, Ltd. (4596); Raider Beverage Corporation (4993); Rocket Beverage Corporation (9829); Shenandoah Beverage Corporation (8087); Tent Finance, Inc. (5335); Tent Restaurant Operations, Inc. (5556); Willowbrook Beverage Corp. (1601); Winston-Salem Fox & Hound, Inc. (8319). The location of the Debtors' corporate headquarters and the Debtors' service address is: 1551 N. Waterfront Pkwy, Suite 310, Wichita, KS 67206.

for the Official Committee of Unsecured Creditors (the "Committee") in the bankruptcy case of

the above-captioned debtors (the "Debtors"), hereby submits its First Quarterly Application for

Compensation and for Reimbursement of Expenses for the Period from January 3, 2014 through

March 31, 2014 (the "Application").

By this Application PSZ&J seeks a monthly interim allowance of compensation

in the amount of $236,410.25 and actual and necessary expenses in the amount of $17,408.74 for

a total allowance of $253,818.99 and payment of the unpaid amount of such fees and expenses

for the period January 3, 2014 through March 31, 2014 (the "Interim Period"). In support of this

Application, PSZ&J respectfully represents as follows:

### Background

1.    On May 22, 2013 (the "Petition Date"), the Debtors filed voluntary

petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue in possession

of their properties and continue to operate and manage their businesses as debtors in possession

pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been

appointed in the Debtors' chapter 11 cases.

2.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.    On or about January 28, 2014, the Court entered the Administrative Order,

authorizing certain professionals ("Professionals") to submit monthly applications for interim

compensation and reimbursement for expenses, pursuant to the procedures specified therein.

The Administrative Order provides, among other things, that a Professional may submit monthly

fee applications.  If no objections are made within fifteen (15) days after service of the monthly

fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the

requested fees and one hundred percent (100%) of the requested expenses.  Beginning with the

period ending February 28, 2014, and each three-month interval thereafter, each of the

Professionals must file and serve an interim application for allowance of the amounts sought in

its monthly fee applications for that period.  All fees and expenses paid are on an interim basis

until final allowance by the Court.

4.     The retention of PSZ&J, as counsel to the Official Committee of

Unsecured Creditors, was approved effective as of January 3, 2014 by this Court's Order

Authorizing and Approving the Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to

the Official Committee of Unsecured Creditors Nunc Pro Tunc to January 3, 2014, entered

February 28, 2014 (the "Retention Order").  The Retention Order authorized PSZ&J to be

compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket

expenses.

## PSZ&J's APPLICATION FOR COMPENSATION
## AND FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

5.     The monthly fee applications (the "Monthly Fee Applications") for the

periods January 3, 2014 through March 3, 2014 of PSZ&J have been filed and served pursuant to

the Administrative Order.

6.     On April 16, 2014, PSZ&J filed its First Monthly Application for

Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as

Counsel for the Official Committee of Unsecured Creditors, for the Period From January 3, 2014

Through January 31, 2014 [Docket No. 561] (the "First Monthly Fee Application") requesting

$137,708.25 in fees and $14,382.83 in expenses.  The First Monthly Fee Application is pending.

A true and correct copy of the First Monthly Fee Application is attached hereto as Exhibit A.

    7.      On April 16, 2014, PSZ&J filed its Second Monthly Application for

Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as

Counsel for the Official Committee of Unsecured Creditors, for the Period From February 1,

2014 Through February 28, 2014 [Docket No. 562] (the "Second Monthly Fee Application")

requesting $87,587.00 in fees and $2,259.06 in expenses.  The Second Monthly Fee Application

is pending.  A true and correct copy of the Second Monthly Fee Application is attached hereto as

Exhibit B.

    8.      On April 16, 2014, PSZ&J filed its Third Monthly Application for

Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as

Counsel for the Official Committee of Unsecured Creditors, for the Period From March 1, 2014

Through March 31, 2014 [Docket No. 563] (the "Third Monthly Fee Application") requesting

$11,115.00 in fees and $766.85 in expenses.  The Third Monthly Fee Application is pending.  A

true and correct copy of the Third Monthly Fee Application is attached hereto as Exhibit C.

    9.      The Monthly Fee Applications covered by this Application contain

detailed daily time logs describing the actual and necessary services provided by PSZ&J during

the periods covered by such applications as well as other detailed information required to be

included in fee applications.

## **Requested Relief**

10.     By this Application, PSZ&J requests that the Court approve payment of one-hundred percent (100%) of the fees and expenses incurred by PSZ&J during the Interim Period of January 3, 2014 through March 31, 2014.

11.     At all relevant times, PSZ&J does not represent any party having an interest adverse to the case.

12.     All services for which PSZ&J requests compensation were performed for or on behalf of the Official Committee of Unsecured Creditors.

13.     PSZ&J has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between PSZ&J and any other person other than the partners of PSZ&J for the sharing of compensation to be received for services rendered in these cases.

14.     The professional services and related expenses for which PSZ&J requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of PSZ&J's professional responsibilities as attorneys for the Committee in these chapter 11 cases.  PSZ&J's services have been necessary and beneficial to the Debtors and their estates, the Committee, creditors and other parties in interest.

15.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and

reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent

of the services rendered, (d) the value of such services, and (e) the costs of comparable services

other than in a case under the Bankruptcy Code.  Moreover, PSZ&J has reviewed the

requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this

Application complies with such Rule and Order.

    WHEREFORE, PSZ&J respectfully requests that the Court enter an order, in the

form attached hereto, providing that an interim allowance be made to PSZ&J for the period from

January 3, 2014 through March 31, 2014 in the sum of $236,410.25 as compensation for

necessary professional services rendered, and actual and necessary expenses in the amount of

$17,408.74 for a total of $253,818.99; that the Debtor be authorized and directed to pay to

PSZ&J the outstanding amount of such sums; and for such other and further relief as may be just

and proper.

Dated:  May 13, 2014      PACHULSKI STANG ZIEHL & JONES LLP

             Jeffrey N. Pomerantz (CA Bar No. 143717)
             Bradford J. Sandler (DE Bar No. 4142)
             John W. Lucas (NY Bar No. 4288379)
             919 North Market Street, 17th Floor
             Wilmington, DE  19801
             Telephone:  (302) 652-4100
             Facsimile:  (302) 652-4400
             Email: jpomerantz@pszjlaw.com
                bsandler@pszjlaw.com
                jlucas@pszjlaw.com

             Counsel for the Official Committee of Unsecured Creditors

## VERIFICATION

STATE OF DELAWARE          :
                                         :
COUNTY OF NEW CASTLE   :

      Bradford J. Sandler, after being duly sworn according to law, deposes and says:

      a)     I am a partner at the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

      b)     I am familiar with the work performed on behalf of the Creditors' Committee by the lawyers and paraprofessionals of PSZ&J.

      c)     I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about January 28, 2014, and submit that the Application substantially complies with such Rule and Order.

                                                _____
                                             Bradford J. Sandler

SWORN AND SUBSCRIBED
before me this 13th day of ____May____, 2014.

_____
Notary Public
My Commission Expires:

MONICA ANGELA MOLITOR
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 12, 2014